# CASE ANNOUNCEMENTS

*May 20, 2011*

[Cite as *05/20/2011 Case Announcements*, 2011-Ohio-2419.]

## MOTION AND PROCEDURAL RULINGS

**2011–0132.   State ex rel. Vindicator Printing Co. v. Wolff.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition.

Upon review of the joint submission of evidence, it is evident that Cynthia Reed Eddy has not filed a timely motion for admission pro hac vice pursuant to S.Ct.Prac.R. 1.2. Therefore, it is ordered by the court, sua sponte, that Cynthia Reed Eddy is stricken from the evidence for failure to comply with S.Ct.Prac.R. 1.2 and Gov.Bar R. XII(2)(A)(6)(a)-(e). It is further ordered that she is prohibited from participating in or appearing on any future filings in this case.

**2011–0666.   Roberts v. Nationwide Mut. Fire Ins. Co.**
Cuyahoga App. No. 95495, 2011-Ohio-1101. This cause is pending before the court as a discretionary appeal.

Upon consideration of appellant's motion to refer this case to mediation, it is ordered by the court that the motion is denied.

# CASE ANNOUNCEMENTS

*May 24, 2011*

[Cite as *05/24/2011 Case Announcements #2*, 2011-Ohio-2471.]

## DISCIPLINARY CASES

**2011–0281.   Disciplinary Counsel v. Cantrell.**
This cause is scheduled for oral argument on Tuesday, May 24, 2011. Upon consideration of respondent's motion for continuance of oral argument, it is ordered by the court that the motion is denied.

# CASE ANNOUNCEMENTS

*May 24, 2011*

[Cite as *05/24/2011 Case Announcements #3*, 2011-Ohio-2482.]

## MOTION AND PROCEDURAL RULINGS

**2010–1324.   Taylor v. Ernst & Young, L.L.P.**
Franklin App. No. 09AP–949, 2010-Ohio-2731. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellant's motion for leave to file an emergency motion for expedited pro